UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH SOWA,<br><br>                Plaintiff,<br><br>   v.<br><br>RING AND PINION SERVICE INC d/b/a RANDY'S WORLDWIDE SERVICE,<br><br>                Defendant. | CASE NO. 2:21-cv-00459-RAJ-BAT<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1)    The Court **ADOPTS** the Report and Recommendation.

(2)    Defendant's Motion to Dismiss Plaintiff's claim regarding a non-compete agreement (Dkt. 23) is **GRANTED**.

(3)    The Clerk shall send a copy of this Order to the parties and to the Honorable Brian A. Tsuchida.

Dated this 7th day of January, 2022.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge