UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH SOWA,<br><br>               Plaintiff,<br><br>     v.<br><br>RING AND PINION SERVICE INC d/b/a RANDY'S WORLDWIDE SERVICE,<br><br>               Defendant. | CASE NO. 2:21-cv-00459-RAJ-BAT<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The Court declines to exercise its discretion to consider Plaintiff's new evidence (Dkt. 25, 26), offered for the first time after Judge Tsuchida rendered his Report and Recommendation. *United States v. Howell*, 231 F.3d 615, 622 (9th Cir. 2000) ("[I]n

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 1

making a decision on whether to consider newly offered evidence, the district court must actually exercise its discretion, rather than summarily accepting or denying the motion.").

(3)  Defendants' Motion to Compel Arbitration and to Dismiss (or Stay) (Dkt. 9) is GRANTED. The case shall be STAYED. The parties are advised to submit a Joint Status Report within six (6) months from the date of this Order informing the Court of the status of their arbitration.

(4)  The Clerk shall send a copy of this Order to the parties and to the Honorable Brian A. Tsuchida.

Dated this 10th day of January, 2022.

The Honorable Richard A. Jones
United States District Judge

- 2